UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **ANNAMARIE LAST NAME UNCERTAIN** *A/K/A* **ANNAMARIE REITHMILLER, AND 619 OTHERS, AND 30 OTHERS,**           ) ) ) ) ) | |
| PLAINTIFFS                ) ) | CIVIL NO. 1:12-CV-293-DBH |
| **v.**                      ) ) | |
| **ELECTORS FOR THE STATE OF MAINE,**            ) ) ) ) | |
| DEFENDANT               ) | |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On September 27, 2012, the United States Magistrate Judge filed with the Court, with a copy to the named plaintiff, her Recommended Decision following her initial review of the *pro se* complaint and application to proceed *in forma pauperis*. The time within which to file objections expired on October 15, 2012, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive her right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The application to proceed *in forma pauperis* is **DENIED**, and the complaint is **DISMISSED** because its provides no notice of claim against the putative defendants or a basis for exercising federal court jurisdiction.

SO ORDERED.

DATED THIS 22ND DAY OF OCTOBER, 2012

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**